No. D–1631. IN RE DISBARMENT OF CASSELL. Disbarment entered. [For earlier order herein, see *ante*, p. 1039.]

No. D–1635. IN RE DISBARMENT OF McGLORY. Disbarment entered. [For earlier order herein, see *ante*, p. 1090.]

No. D–1639. IN RE DISBARMENT OF FARRELL. Disbarment entered. [For earlier order herein, see *ante*, p. 1106.]

No. D–1642. IN RE DISBARMENT OF O'KEEFE. Michael P. O'Keefe, of Lenexa, Kan., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on February 20, 1996 [*ante*, p. 1107], is discharged.

No. D–1649. IN RE DISBARMENT OF STIGLER. It having been reported that David D. Stigler, of Fort Worth, Tex., has died, the rule to show cause, issued on February 20, 1996 [*ante*, p. 1108], is discharged.

No. D–1657. IN RE DISBARMENT OF DAMERON. Thomas H. Dameron, of Alexandria, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1658. IN RE DISBARMENT OF BRUCKNER. Richard J. Bruckner, of Omaha, Neb., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1659. IN RE DISBARMENT OF BERG. Howard M. Berg, of Boca Raton, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1660. IN RE DISBARMENT OF TIGHE. Charles I. Tighe III, of Mt. Laurel, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.